**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Terrence CROSS, a/k/a**
**Red, Defendant–Appellant.**

**No. 12–7800.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's margin order denying his motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Cross,* No. 2:03–cr–00010–RBS–1 (E.D.Va. Sept. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*